IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBERT V. WYLIE and<br>ROBBIE J. HICKS-WYLIE,<br><br>      **Plaintiffs,**<br><br>  v.<br><br>BRANCH BANKING AND TRUST<br>COMPANY and MORTGAGE<br>ELECTRONIC REGISTRATION<br>SYSTEMS, INC.,<br><br>      **Defendants.** | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 5:12-CV-308(MTT)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

On December 4, 2012, the Court ordered the Plaintiffs to show cause to the Court by December 14, 2012, as to why their case should not be dismissed. (Doc. 7). The Court warned the Plaintiffs that failure to comply with the Order would result in an immediate dismissal of their case. The Plaintiffs have not complied with the Court's Order. Accordingly, the Plaintiffs' case is **DISMISSED WITHOUT PREJUDICE**, and the pending Motion to Dismiss is **MOOT** (Doc. 4).

**SO ORDERED**, this 18th day of December, 2012.

                                              S/ Marc T. Treadwell
                                              MARC T. TREADWELL, JUDGE
                                              UNITED STATES DISTRICT COURT